# FILED

09/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0317

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO. DA 21-0317**

IN RE THE PARENTING OF:
J.M.N., IV,

FRANCESCA C. BECKERLE,

      Appellee,

  VS.

JOHN MARSHALL NICHOLS, III,

      Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

SUPREME COURT CAUSE No. DA 21-0317
DISTRICT COURT CAUSE No. BDR-20-0146

**ORDER GRANTING EXTENSION**
**OF TIME TO FILE OPENING BRIEFS**

UPON REVIEW of the Appellant's *Motion for Extension of Time to File Opening Briefs* and with good cause being shown;

IT IS HEREBY ORDERED that the Appellant's *Motion* is hereby GRANTED and Appellant has until November 30, 2021, within which to file the opening brief.

**CC:**
- Appellant, c/o Daniel J. Flaherty
- Appellee, c/o Dana A. Henkel

**ORDER**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2021